UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN RE: ) | Case Nos. CR121-063, USA v. Butler |
| ) | CR121-047, USA v. Murray |
| LEAVE OF ABSENCE REQUEST ) | |
| ) | |
| ALEX M. BROWN ) | |
| May 18, 2022 through May 20, 2022 ) | |
| June 24, 2022 through July 1, 2022 ) | |
| July 22, 2022 through August 1, 2022 ) | |

## ORDER

**Alex M. Brown** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Alex M. Brown** be granted leave of absence for the following period **May 18, 2022 through May 20, 2022; June 24, 2022 through July 1, 2022; and July 22, 2022 through August 1, 2022.**

This 10th day of May, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA